OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

$ 00.26⁵

02 1M
0004279596          APR 30 2015
MAILED FROM ZIP CODE 78701

4/29/2015
**WILLIAMS, TONY LEE**      Tr. Ct. No. 1152063-A          **WR-83,031-01**

The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 S.W.3d 452 (Tex. Crim. App.).

Abel Acosta, Clerk

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE

TONY LEE WILLIAMS




002

M3B 77002